FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 25 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JOHN DEGROAT,

                           Plaintiff,

-against-

THE CITY OF NEW YORK, VINCENT AGUILO, MARK
MCAVOY and MARK PAQUETTE,

                           Defendants.
------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14-cv-3991 (ARR) (MDG)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

20

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

LEVENTHAL & KLEIN, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, New York 11201

By: _____
Brett H. Klein
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Aguilo, Paquette, and McAvoy*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Ben N. Kuruvilla
*Senior Counsel*

SO-ORDERED:

s/ARR

HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE
Dated: 6/24, 2015

2